UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD LAVACK,

       Plaintiff,

Case No. 04-74396

vs.

HON. GEORGE CARAM STEEH

OWEN'S WORLD WIDE ENTERPRISE
NETWORK, INC., d/b/a AUTOFOCUS
and CHRISTOPHER SPILOTROS

       Defendants.
_____/

## J U D G M E N T

The above entitled matter has come before the court on defendants' motion for summary judgment, and in accordance with the court's order granting that motion entered on September 29, 2005,

IT IS ORDERED AND ADJUDGED that judgment hereby is GRANTED in favor of defendants.

                                  DAVID J. WEAVER
                                  CLERK OF THE COURT

                                  BY: s/Josephine Chaffee
                                        DEPUTY COURT CLERK

Dated: September 29, 2005